KIMBERLY A. SANCHEZ
Acting United States Attorney
JEFFREY A. SPIVAK
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
Jul 17, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:25-cr-00138-JLT-SKO |
|---|---|
| Plaintiff, | MOTION AND ORDER TO SEAL INDICTMENT |
| v. | |
| NICHOLAS M. RETANA, | |
| Defendant. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on July 17, 2025 charging the above defendant with violations of 18 U.S.C. § 666(a)(1)(A) – Theft Concerning Programs Receiving Federal Funds and 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(C) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto,

///

1 | except when necessary for the issuance and execution of the warrants.

Dated: July 17, 2025

Respectfully submitted,

KIMBERLY A. SANCHEZ
Acting United States Attorney

By  /s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  July 17, 2025

SHIELA K. OBERTO
U.S. Magistrate Judge