KIMBERLY A. SANCHEZ
Acting United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00138-JLT |
|---|---|
| Plaintiff, | |
| v. | **ORDER UNSEALING INDICTMENT** |
| NICHOLAS M. RETANA, | |
| Defendant. | |

The United States, having applied to this Court under Federal Rule of Criminal Procedure 49.1 and Local Rule 141(f) for the indictment and arrest warrants in the above-captioned proceedings to be unsealed, the Court finds that the need for sealing the complaint has ceased.

IT IS ORDERED that the indictment and arrest warrant filed in the above-entitled matter shall be unsealed in this case.

Dated: 7/21/2025

*Sheila K. Oberto*
The Honorable Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE