Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, NICHOLAS RETANA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1: 25 CR 138 JLT/SAB |
| ) | |
| Plaintiff, ) | Stipulation and Order To Continue Status |
| ) | Conference And Exclude Time For Speedy |
| vs. ) | Trial Calculations |
| ) | |
| NICHOLAS RETANA, et al ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

The parties to this matter, by and through their undersigned counsel, hereby stipulate as follows:

1.  That the status conference date in this matter be continued from May 6, 2026, to June 3, 2026.

2.  The parties further believe that the interest of justice served by granting this continuance outweigh the best interests to the public and the defendant in a speedy trial. The parties also agree that time should be excluded to allow the defendant reasonable time to complete his review of discovery, and fully consider pre-trial resolution, discuss the case with his attorney, and otherwise prepare for trial. 18 U.S.C. Section 3161(h)(7)(B)(iv).

1

Based on the foregoing facts, the parties request that the Court exclude the time between May 6, 2026 and June 3, 2026, from the computation of time in which trial must commence under the Speedy Trial.

It is so stipulated and agreed.

Dated: April 16, 2026                          ERIC GRANT, UNITED STATES ATTORNEY

                                               s/ Cody Chapple
                                               CODY CHAPPLE
                                               Assistant United States Attorney

Dated:  April 16, 2024                          Respectfully submitted,

                                               /s Kevin Rooney
                                               KEVIN P. ROONEY
                                               Attorney for defendant
                                               NICHOLAS RETANA

2

ORDER

IT IS SO ORDERED, pursuant to the stipulation of the parties, that the Status Conference in this matter is continued to June 3, 2026; the previous Status Conference date in this matter is vacated; and the time between May 6, 2026 and June 3, 2026, is excluded from the computation of time in which trial must commence under the Speedy Trial Act, all pursuant to the representations of the parties and this Court's findings based on those representations, and Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).   The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **April 21, 2026**

_____

STANLEY A. BOONE
United States Magistrate Judge

3