Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, NICHOLAS RETANA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>NICHOLAS RETANA, et al<br>Defendants. | Case No.: 1:25-CR-00138-JLT-SAB<br><br>Stipulation and Order To Modify PreTrial Release Conditions To Allow Travel s |

The parties to this matter, by and through their undersigned counsel, hereby stipulate as follows:

1. That Mr. Retana's PreTrial Release conditions include a travel restriction – condition 7(f) and(l).. Mr. Retana has complied with his PreTrial Release conditions.

2. Mr. Retana has requested permission to visit his cousin who is seriously ill and resides in Chihuahua, Mexico. The proposed trip would be from October 26- November 4, 2026.

///

///

3. The PreTrial Services Office and the government have no objection to the proposed travel and the proposed Order.

It is so stipulated and agreed.

Dated: September 11, 2026

ERIC GRANT, UNITED STATES ATTORNEY

s/ Cody Chapple
CODY CHAPPLE
Assistant United States Attorney

Dated: September 11, 2024

/s Kevin Rooney
KEVIN P. ROONEY
Attorney for defendant
NICHOLAS RETANA

ORDER

IT IS SO ORDERED, pursuant to the stipulation of the parties, that Mr. Retana shall be permitted to travel to visit a cousin in Chihuahua, Mexico between October 26 and November 4, 2026. Mr. Retana's PreTrial Release conditions are hereby temporarily modified to permit that travel.

Mr. Retana's passport shall be available for release to him by the Clerk of Court beginning at 9:00 a.m. Thursday, October 22, 2026. Mr. Retana shall return the passport within the earlier of one (1) business day after his return to the United States or no later than 12:00 p.m. Friday, November 6, 2026.

Dated: September 15, 2026

Hon. Frank J. Singer
United States Magistrate Judge