ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br>v.<br><br>NICHOLAS M. RETANA,<br><br>Defendant. | Case No. 1:25-cr-00138-JLT-SAB<br><br>[~~PROPOSED~~] ORDER<br>(Doc. 33) |

Upon the parties' stipulation (Doc. 33) and for good cause shown, the trial confirmation hearing currently set for January 4, 2027, at 9:00 a.m., is hereby continued to April 19, 2027, at 9:00 a.m. and the jury trial currently set for January 20, 2027, at 8:30 a.m., is hereby continued to May 18, 2027, at 8:30 a.m. Time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., is excluded through May 18, 2027, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: October 30, 2026

UNITED STATES DISTRICT JUDGE